UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE J. PLAISANCE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4351** |
| **LINDA S. McMAHON, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | **SECTION: "C" (10** |

## ORDER

This matter comes before the Court on Objections to the Magistrate Judge's Report and Recommendations filed by the plaintiff, Lawrence J. Plaisance ("Plaisance") (Rec. Doc. 13).  Plaisance seeks to have this matter remanded to the Social Security Administration ("SSA") for consideration of new evidence, or alternatively, to have this Court vacate the decision of the SSA and award him benefits.  The SSA opposes Plaisance's objects and recommends that this Court adopt the Magistrate Judge's Report and Recommendations, in which she recommended denying Plaisance's requests.  Oral argument was held on August 8, 2007.  Having considered the arguments of counsel, the record and the applicable law;

IT IS ORDERED that this matter is hereby **REMANDED** to the SSA for a consideration of the additional evidence proffered by Plaisance.  *See* 42 U.S.C. § 405(g); *see also Gray v. Barnhart*, 2004 WL 332430 (D.Del. 2/5/2004) (*citing Moore v. Commissioner of the Social Security Administration*, 278 F.3f 920, 926 (9th Cir. 2002); *Hummel v. Heckler*, 736 F.2d 210, 221 (3rd Cir. 1984)).

New Orleans, Louisiana this 23rd day of August, 2007.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE